ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Areebel Engineering & Logistics | ) ASBCA Nos. 58648, 58649 |
| | ) 58650, 58651 |
| | ) |
| Under Contract No. W91GDW-07-D-2015 | ) |

APPEARANCE FOR THE APPELLANT:    Charles H. Carpenter, Esq.
Carpenter Law Firm, plc
Missoula, MT

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Daniel B. McConnell, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Middle East
Winchester, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 5 October 2015

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58648, 58649, 58650, 58651, Appeals of Areebel Engineering & Logistics, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals